RECEIVED
IN LAKE CHARLES, LA

AUG 3 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KASHMIR SINGH** | : | **DOCKET NO. 2:05-cv-1673** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **ALBERTO GONZALES, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

Having considered the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections and supplemental objections filed herein which indicate that a travel document has been issued for petitioner and that he will be removed from the United States on or before September 15, 2006, the undersigned finds that the evidence currently before the court supports a finding that there is a significant likelihood of removing petitioner in the reasonably foreseeable future. Accordingly, petitioner's detention does not exceed what is reasonably necessary to secure his removal. For this reason, it is

ORDERED that the petition for writ of *habeas corpus* be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, August 31, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE